IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:08-608-JFA |
|---|---|---|
| v. | ) | ORDER |
| REGINALD JAMAAL CATES | ) | |

The United States Supreme Court has granted certiorari in two cases, *Edward Dorsey, Sr. v. United States*, Docket No. 11-5683 and *Corey A. Hill v. United States*, Docket No. 11-5721, which might assist the court in deciding the issue presented in the motion brought by the defendant pursuant to 28 U.S.C. § 2255. For this reason, the court will stay its decision on the pending § 2255 motion. The court will review the motion after the Supreme Court has rendered its decisions in the above referenced cases. Accordingly, the government's motion to stay (ECF No. 170) is granted.

IT IS SO ORDERED.

February 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge